JESSE A. P. BAKER (SBN 36077)
PITE DUNCAN, LLP
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Honorable Brian D. Lynch
CHAPTER: 13
HEARING DATE: May 13, 2015
HEARING TIME: 1:30 PM

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM EDWARD BURCHFIELD,<br><br>Debtor(s). | Case No. 15-40991-BDL<br><br>Chapter 13<br><br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |

BENEFICIAL MORTGAGE CORP (hereinafter "Creditor"), secured creditor of the above-entitled Debtor, William Edward Burchfield (hereinafter "Debtor"), hereby objects to the Chapter 13 Plan filed by Debtor in the above-referenced matter. HSBC Mortgage Services acts as the servicing agent for Creditor. The basis of the objection is stated below:

**I.**

**STATEMENT OF FACTS**

1. On or about March 21, 2001, Daphne Burchfield (hereinafter "Borrower"), for valuable consideration, made, executed and delivered to Creditor a Promissory Note in the principal sum of $135,000.07 (the "Note"). Pursuant to the Note, Borrower is obligated to make monthly principal and interest payments.

2. On or about March 21, 2001, Borrower made, executed and delivered to Creditor a Deed of Trust (the ADeed of Trust@) granting Creditor a security interest in certain real property located at 4929 219th Ave. SW, Centralia, Washington 98531 (hereinafter the ASubject Property@),

**OBJECTION TO CONFIRMATION OF PLAN**
Page - 1 -               - 1 -                **Jesse A. P. Baker**
                                              **PITE DUNCAN, LLP**
                                              4375 Jutland Drive; P.O. Box 17933
                                              Telephone: (425)644-6471

Case 15-40991-BDL    Doc 21    Filed 05/06/15    Ent. 05/06/15 14:30:05    Pg. 1 of 5

which is more fully described in the Deed of Trust. The Deed of Trust was recorded on March 20, 2001, in the official records of the Thurston County Recorder's office.

3. On or about March 6, 2015, Debtor filed a Chapter 13 bankruptcy petition. Debtor's Chapter 13 Plan provides for payments to the Trustee in the sum of $300.72 per month for thirty-six (36) months and ongoing payments direct to the creditor. However, the Debtor's Chapter 13 Plan makes no provision for the cure of Creditor's pre-petition arrears.

4. Creditor is in the process of finalizing its proof of claim for this matter and estimates that its total secured claim is in the approximate amount of $144,876.21 and that its pre-petition arrearage claim is in the approximate amount of $9,093.91, representing: $8,591.93 in County Taxes and $501.98 in Insurance Premiums.

5. Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor by approximately $151.57 monthly in order to cure Creditor's pre-petition arrears over a period not to exceed 60 months.

Creditor now objects to the Chapter 13 Plan filed herein by the Debtor.

## II.

## ARGUMENT

Application of the provisions of 11 United States Code section 1325 determines when a plan shall be confirmed by the Court. Based on the above sections, as more fully detailed below, this Plan cannot be confirmed as proposed.

**A. DOES NOT MEET FULL VALUE REQUIREMENT**
11 U.S.C. ' 1325(a)(5)(B)(ii).

Amount of Arrearage Not Correct. The pre-petition arrears are not specified in the Chapter 13 Plan. The actual pre-petition arrears equal $9093.91, based on Creditor=s Proof of Claim to be filed prior to the deadline. As a result, the Plan fails to satisfy 11 U.S.C. ' 1325(a)(5)(B)(ii).

**B. PROMPT CURE OF PRE-PETITION ARREARS**
11 U.S.C. ' 1322(d).

Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor by approximately $151.57 monthly in order to cure Creditor's pre-petition arrears over a period not to

exceed 60 months.

WHEREFORE, Creditor respectfully requests:

1. That confirmation of the Debtor's Chapter 13 Plan be denied;

2. Alternatively, that the Plan be amended to reflect that the pre-petition arrears listed in Creditor's Proof of Claim be paid within a period not exceeding 60 months; and

3. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: May 6, 2015     PITE DUNCAN, LLP

/s/ Jesse A. P. Baker
JESSE A. P. BAKER, WSBA #36077
Attorneys for BENEFICIAL MORTGAGE CORP

- 3 -

|   |   |
|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT |
| 2 | WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION |
| 3 | CASE NO. 15-40991-BDL |
| 4 | CERTIFICATE OF SERVICE BY MAIL |

1  
2  
3  
4  
5    I, Anne E. Penaloza, am a resident of San Diego, California, and I am over the age of
6 eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland
7 Drive, Suite 200; P.O. Box 17933, San Diego, CA 92117-0933.
8    I served the attached OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN and
9 REQUEST FOR SPECIAL NOTICE by placing a true copy thereof in an envelope addressed to:
10              SEE ATTACHED SERVICE LIST
11 which envelope was then sealed and postage fully prepaid thereon, and thereafter, on May 6,
12 2015, deposited in the United States Mail atSan Diego, California.  There is regular delivery
13 service between the place of mailing and the place so addressed by the United States Mail.
14    I certify under penalty of perjury that the foregoing is true and correct.
15  
16 Dated:    May 6, 2015            /s/ Anne E. Penaloza
                                    ANNE E. PENALOZA

- 4 -

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **DEBTOR(S)** |
| 3 | William Edward Burchfield |
| | 4929 219th Ave SW |
| 4 | Centralia, WA 98531 |
| 5 | |
| 6 | **DEBTOR(S) ATTORNEY (via electronic notice)** |
| 7 | Rafal A Gorski |
| | Attorney at Law |
| | 10116 36th Ave Ct SW Ste 206 |
| 8 | Lakewood, WA 98499 |
| | ADWOKAT4U@hotmail.com |
| 9 | |
| 10 | **CHAPTER 13 TRUSTEE (via electronic notice)** |
| 11 | TacomaCh13/ K. Michael Fitzgerald |
| | 1551 Broadway, Ste 600 |
| 12 | Tacoma, WA 98402 |
| | courtmail@seattlech13.com |
| 13 | |
| 14 | **U.S. TRUSTEE (via electronic notice)** |
| 15 | United States Trustee |
| | 700 Stewart St Ste 5103 |
| 16 | Seattle, WA 98101 |
| | USTPRegion18.SE.ECF@usdoj.gov |

- 5 -